# IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIUS JAMAR SMITH, | § | |
| Plaintiff, | § | **4:25cv3618** |
| | § | |
| v. | § Civil Action No. _____ | |
| | § | |
| HARRIS COUNTY, TEXAS, | § | |
| DEPUTY D. REYES, | § | |
| OFFICER CODY CASAREZ, | § | |
| CITY OF HOUSTON, TEXAS | § | |
| Defendants. | § | |

United States Courts
Southern District of Texas
FILED

*August 4, 2025*

Nathan Ochsner, Clerk of Court

## PLAINTIFF'S ORIGINAL COMPLAINT

### I. INTRODUCTION

This is a pro se civil rights action brought pursuant to 42 U.S.C. §1983 against Harris County, the City of Houston, Deputy D. Reyes, and Officer Cody Casarez for violations of Plaintiff's constitutional rights arising from a wrongful arrest, unlawful detainment, malicious prosecution, and official misconduct. Plaintiff Darius Jamar Smith seeks compensatory and punitive damages, costs, and other relief the Court deems just.

### II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§1331 and 1343. Venue is proper in this district under 28 U.S.C. §1391(b), as all events giving rise to the claims occurred in Harris County, Texas, within the Southern District of Texas.

### III. PARTIES

Plaintiff: Darius Jamar Smith, a resident of Texas, residing at 4155 Sparks Street, Beaumont, TX 77705.

Defendant: Harris County, Texas – A municipal entity responsible for operating the Harris County Sheriff's Office.

Defendant: Deputy D. Reyes – An employee of the Harris County Sheriff's Office, sued in both official and individual capacity.

Defendant: City of Houston, Texas – A municipal entity responsible for oversight of the Houston Police Department (HPD).

Defendant: Officer Cody Casarez – An HPD officer, sued in both official and individual capacity.

## IV. FACTS

On January 1, 2021, Plaintiff was wrongfully arrested for murder by the Harris County Sheriff's Office while visiting his then-girlfriend, Ky'Ana Johnson. Plaintiff was held and prosecuted based on unfounded and inadequate information. The case was no-billed by a grand jury and dismissed.

While on bond, Plaintiff's ankle monitor malfunctioned. Despite Plaintiff notifying pretrial services and requesting a replacement, he was publicly arrested at gunpoint in his neighborhood. The judge admonished the officer in court, and Plaintiff was reassigned to an abusive pretrial manager.

On September 1, 2022, Plaintiff was illegally detained by Deputy D. Reyes outside his residence. Reyes threatened to arrest Plaintiff for refusing to present ID, despite Plaintiff being on his own property. Sgt. M. Diaz acknowledged that Reyes was wrong.

On June 19, 2022, HPD Officer Cody Casarez filed a sworn affidavit against Plaintiff based on an allegedly false complaint of terroristic threat made by Ky'Ana Johnson. Casarez had previously told Plaintiff's mother the case would be dropped. Despite Johnson recanting her statement and admitting it was false, Casarez filed the affidavit anyway. Requests for HPD bodycam footage were denied.

## V. CLAIMS FOR RELIEF

1. 42 U.S.C. §1983 – False arrest, unlawful detainment, malicious prosecution, and retaliation.

2. Violation of Fourth and Fourteenth Amendments to the U.S. Constitution.

3. Supervisory and Monell liability against Harris County and City of Houston.

## VI. DAMAGES

Plaintiff seeks the following relief:

• $5,000,000 for wrongful arrest, emotional distress, and legal costs.

• $250,000 for unlawful detainment and constitutional violations.

• $1,500,000 for malicious prosecution and defamation from the terroristic threat case.

• $320,000 for lost wages from former employment as a teacher.

• Punitive damages against Deputy D. Reyes and Officer Casarez in their individual capacities.

## VII. REQUEST FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury on all issues so triable.

## VIII. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests judgment against Defendants, jointly and severally, for compensatory and punitive damages, attorney's fees and costs (if applicable), and all other relief this Court deems just and proper.

Respectfully submitted,

_____

Darius Jamar Smith

4155 Sparks Street

Beaumont, TX 77705

Phone: (832) 790-7581

Email: mr_darius_smith@yahoo.com

# IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DARIUS JAMAR SMITH, §
   Plaintiff, §
                §
v.              § Civil Action No. _____
                §
HARRIS COUNTY, TEXAS, §
DEPUTY D. REYES, §
OFFICER CODY CASAREZ, §
CITY OF HOUSTON, TEXAS §
   Defendants. §

## PLAINTIFF'S ORIGINAL COMPLAINT

### I. INTRODUCTION

This is a pro se civil rights action brought pursuant to 42 U.S.C. §1983 against Harris County, the City of Houston, Deputy D. Reyes, and Officer Cody Casarez for violations of Plaintiff's constitutional rights arising from a wrongful arrest, unlawful detainment, malicious prosecution, and official misconduct. Plaintiff Darius Jamar Smith seeks compensatory and punitive damages, costs, and other relief the Court deems just.

### II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§1331 and 1343. Venue is proper in this district under 28 U.S.C. §1391(b), as all events giving rise to the claims occurred in Harris County, Texas, within the Southern District of Texas.

### III. PARTIES

Plaintiff: Darius Jamar Smith, a resident of Texas, residing at 4155 Sparks Street, Beaumont, TX 77705.

Defendant: Harris County, Texas – A municipal entity responsible for operating the Harris County Sheriff's Office.

Defendant: Deputy D. Reyes – An employee of the Harris County Sheriff's Office, sued in both official and individual capacity.

Defendant: City of Houston, Texas – A municipal entity responsible for oversight of the Houston Police Department (HPD).

Defendant: Officer Cody Casarez – An HPD officer, sued in both official and individual capacity.

## IV. FACTS

On January 1, 2021, Plaintiff was wrongfully arrested for murder by the Harris County Sheriff's Office while visiting his then-girlfriend, Ky'Ana Johnson. Plaintiff was held and prosecuted based on unfounded and inadequate information. The case was no-billed by a grand jury and dismissed.

While on bond, Plaintiff's ankle monitor malfunctioned. Despite Plaintiff notifying pretrial services and requesting a replacement, he was publicly arrested at gunpoint in his neighborhood. The judge admonished the officer in court, and Plaintiff was reassigned to an abusive pretrial manager.

On September 1, 2022, Plaintiff was illegally detained by Deputy D. Reyes outside his residence. Reyes threatened to arrest Plaintiff for refusing to present ID, despite Plaintiff being on his own property. Sgt. M. Diaz acknowledged that Reyes was wrong.

On June 19, 2022, HPD Officer Cody Casarez filed a sworn affidavit against Plaintiff based on an allegedly false complaint of terroristic threat made by Ky'Ana Johnson. Casarez had previously told Plaintiff's mother the case would be dropped. Despite Johnson recanting her statement and admitting it was false, Casarez filed the affidavit anyway. Requests for HPD bodycam footage were denied.

## V. CLAIMS FOR RELIEF

1. 42 U.S.C. §1983 – False arrest, unlawful detainment, malicious prosecution, and retaliation.

2. Violation of Fourth and Fourteenth Amendments to the U.S. Constitution.

3. Supervisory and Monell liability against Harris County and City of Houston.

## VI. DAMAGES

Plaintiff seeks the following relief:

• $5,000,000 for wrongful arrest, emotional distress, and legal costs.

• $250,000 for unlawful detainment and constitutional violations.

• $1,500,000 for malicious prosecution and defamation from the terroristic threat case.

• $320,000 for lost wages from former employment as a teacher.

• Punitive damages against Deputy D. Reyes and Officer Casarez in their individual capacities.

## VII. REQUEST FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury on all issues so triable.

## VIII. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests judgment against Defendants, jointly and severally, for compensatory and punitive damages, attorney's fees and costs (if applicable), and all other relief this Court deems just and proper.

Respectfully submitted,

_____

Darius Jamar Smith

4155 Sparks Street

Beaumont, TX 77705

Phone: (832) 790-7581

Email: mr_darius_smith@yahoo.com