# MOTION FOR LIMITED DISCOVERY TO IDENTIFY DEFENDANT

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION**

United Sta...
Southern District ...
FILED

OCT 3 0 2025

Nathan Ochsner, **Clerk of Court**

**Case No.: 4:25-cv-03618**
**Plaintiff:** Darius Jamar Smith
**Defendants:** Harris County, Officer Cody Casarez, et al.

---

## PLAINTIFF'S MOTION FOR LIMITED DISCOVERY TO IDENTIFY DEFENDANT REYES

Plaintiff, Darius Jamar Smith, appearing **pro se**, respectfully moves this Court for an order permitting **early, limited discovery** solely for the purpose of identifying **Deputy D. Reyes** of the Harris County Sheriff's Office, who was involved in the events giving rise to this complaint.

---

## BACKGROUND:

1.     The U.S. Marshals were unable to serve Harris County and Deputy D. Reyes because Harris County stated the deputy could not be identified by last name only and that the address provided was insufficient.

2.     Plaintiff has provided a **detailed sworn affidavit** and **photographic evidence** of Deputy Reyes and his supervisor Sgt. M. Diaz, including the **exact time, date, and location** of the incident (**September 1, 2022 at 6:00 p.m., 323 White Cedar St., Houston, TX 77015**).

3.     This incident was associated with a child custody dispute involving LeCara Tibbs and Roydrick Merritt, and the deputy ran the names of Plaintiff and Geraldine Gibson through internal databases, and called the Harris County District Attorney's Office.

4.     Harris County records and dispatch logs from that day and location would easily confirm the deputy's full identity.

---

## RELIEF REQUESTED:

Plaintiff respectfully requests the Court:

-     Grant leave to conduct **limited discovery** on Harris County solely to obtain the full legal name and employment information of **Deputy D. Reyes**;
-     Alternatively, direct the **U.S. Marshals** to re-attempt service at the **correct address** for Harris

County:

Office of the Harris County Attorney

1019 Congress, 15th Floor

Houston, TX 77002


Respectfully submitted,

**Signed:** _____ *O J Smith* _____

**Darius Jamar Smith**

4155 Sparks Street

Beaumont, TX 77705

(832) 790-7581

mr_darius_smith@yahoo.com

**Date:** October 30, 2025





